UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 10, 2016

_____

RULE 46 NOTICE-REQUIRED CERTIFICATE
_____

No. 15-4463,    US v. Miguel Rodriguez
3:14-cr-00109-FDW-1

TO:    Andrew Brady Banzhoff

**CERTIFICATE DUE: 3/25/16**

The court has not received the certificate identified below, which is now overdue. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required form(s) are received in the clerk's office within 15 days of the date of this notice.

[ ] **Certificate of service** (FRAP 25(d)) is required for the following document: [Enter document name here]

[ ] **Certificate of compliance with type-volume limitations** (FRAP 32(a)(7)(c)) is required for the following document: [Enter document name here]

[X] **Certificate of service for Anders brief** showing service of Anders brief on defendant with notice of right to file supplemental pro se brief **communicated to the defendant in his native language** is required.

Jennifer Rice, Deputy Clerk
804-916-2702